# REQUEST FOR SERVICE ABROAD
## OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| D. Michelle Douglas, Attorney<br>c/o Stephen Burrows, International Process Specialist<br>Ancillary Legal Corporation<br>5825 Glenridge Drive,<br>Building 4, Suite 220<br>Atlanta, GA 30328, USA<br>Stephen.burrows@ancillaryinternational.com<br>770-727-0455 | The Senior Master<br>For the attention of the Foreign Process Section<br>Room E16<br>Royal Courts of Justice<br>Strand<br>LONDON WC2A 2LL<br><br>Tel: +44 207 947 6691<br>Fax: +44 870 324 0025 |

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.

**Wyndham Hotel Group (UK) Limited**
**The Triangle**
**5-17 Hammersmith Grove**
**London, W6 0LG**
**United Kingdom**

( X ) (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of Article 5 of the Convention.*

( ) (b) in accordance with the following particular method (sub-paragraph *(b)* of the first paragraph of Article 5):*

( ) (c) by delivery to the addressee, if the addressee accepts it voluntarily (second paragraph of Article 5)*

The authority is requested to return or to have returned to the applicant a copy of the documents and of the annexes ·.with a certificate as provided on the next page.

**List of documents:**
**Summons and Complaint**

Done at Washington, DC USA on November 28th, 2018

Signature and seal

D. Michelle Douglas, Attorney
888 17th Street NW, Suite 1000
Washington, DC 20006

SFP: 2018-25694
Ref: Wyndham Hotel Group (UK) LTD

# CERTIFICATE - ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention
L'autorite soussignee a l'honneur d'attester conformement a l'article 6 de ladite Convention.

1) that the document has been served the (date) 08 January 2019
que le demande a ete executee        le (date)

-at (place, street, number)   Wyndham Hotel Group (UK) Limited
-a (localite, rue, numero)    The Triangle,
                              5-17 Hammersmith Grove,
                              London,
                              W6 0LG
                              W6 0LG

- in one of the following methods authorised by article 5:
-dans une des formes suivantes prevues a l'article 5:
a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the convention
selon les formes legales (article 5, alinea premier, lettre a)

b) in accordance with the following particular method selon la forme particuliere suivante    Documents were served to Marco Masilla at the company registered address given.

c) by delivery to the addressee, who accepted it voluntarily
par remise simple
The documents referred to in the request have been delivered to:

Les documents mentionnes dans la demande ont ete remis a:
- (identity and description of person)
- (identite et qualite de la personne)

- relationship to the addressee (family, business or other)   Authorised to accept Service on behalf of Company
- liens de parente de subordination ou autres avec
le desinataire de l'acts

2) that the document has not been served, by reason of the following facts:
que la demande n'a pas ete executee, en raison des faits suivants:

in conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay the expenses details in the attached statement.
Conformement a l'article 12, alinea 2 de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci-joint

Annexes
Documents returned
Pieces renvoyees

Done at London
fait a

the 8 February, 2019
le

Signature and/or stamp:
Signature et/ou cachet:

in appropriate cases, documents
establishing the service:
le cas echeant, les documents
justicatifs de l'execution:

[Stamp: SENIOR COURTS OF ENGLAND AND WALES FOREIGN PROCESS SECTION 08 FEB 2019]