# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANE ROE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 18-1525-RGA |
| v. | ) |
| | ) |
| WYNDHAM WORLDWIDE, INC.; | ) |
| WYNDHAM HOTEL GROUP LLC; | ) |
| WYNDHAM HOTEL MANAGEMENT, INC. | ) |
| WYNDHAM HOTELS AND RESORTS, LLC | ) |
| WYNDHAM HOTEL GROUP (UK) LIMITED; | ) |
| WYNDHAM GRAND ISTANBUL LEVENT; and | ) |
| ÖZDILEK HOTEL TOURISM AND TRADE | ) |
| LIMITED COMPANY, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION & [PROPOSED] ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED, by and between the parties, subject to the approval of the Court, that the deadline for Defendant Özdelik Hotel Tourism and Trade Limited Company ("Özdilek") to respond to Jane Roe's ("Plaintiff") Complaint (the "Complaint") (in C.A. No. 18-1525-RGA) shall be June 3, 2019. By entering into this stipulation, Özdilek does not waive, and expressly reserves, all defenses pursuant to Federal Rule of Civil Procedure 12, including without limitation, defenses related to sufficiency of process, service of process, and jurisdiction.

If Özdilek files a Motion to Dismiss, Plaintiff's deadline to respond to Özdilek's motion shall be extended until July 8, 2019. Özdilek's deadline to file a reply in further support of its motion shall be extended until July 31, 2019.

May 7, 2019

| RHOADES & MORROW | BAYARD, P.A. |

/s/ Joseph J. Rhoades
Joseph J. Rhoades
1225 N. King St. Suite 1200
Wilmington, DE 19801
(302) 427-9500
joe.rhoades@rhoadeslegal.com

KALBIAN HAGERTY LLP

D. Michelle Douglas
888 17th Street NW, Suite 1000
Washington, DC 20006
(202) 223-5600
mdouglas@kalbianhagerty.com

*Attorneys for Plaintiff Jane Roe*

/s/ Stephen B. Brauerman
Stephen B. Brauerman (#4952)
Emily A. Letcher (#6560)
600 N. King St., Suite 400
Wilmington, Delaware 19801
(302) 655-5000
sbrauerman@bayardlaw.com
eletcher@bayardlaw.com

*Attorneys for Defendant Özdilek Hotel Tourism and Trade Limited Company*

IT IS SO ORDERED this _____ day of _____, 2019.

_____
The Honorable Richard G. Andrews
United States District Judge